UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES REUTER                                       JURY TRIAL DEMANDED

v.                                                                    CASE NO.  3:10 cv

COMMERCIAL CHECK CONTROL, INC.

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant has a place of business at 7250 Beverly blvd # 200, Los Angeles CA 90036-2560  which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff on behalf of Albertson concerning efforts to collect a personal account.

7. Defendant's collection efforts included a letter dated March 11, 2010, in which certain phrases were capitalized to impress the least sophisticated consumer: "CRIMINAL INTENT TO ISSUE CHECKS WITH INSUFFICIENT FUNDS" and "CIVIL PROSECUTION INCLUDING DAMAGES UP TO THREE TIMES THE AMOUNT OF THE CHECK."

FIRST COUNT

    8.   In the collection efforts, each defendant violated the FDCPA, § 1692d, -e, -f, or –g.

SECOND COUNT

    9.   Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

    10. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under each of the FDCPA or CCPA for each communication against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and such further relief as law or equity may provide.

                  THE PLAINTIFF

                  BY____/s/ Joanne S. Faulkner___
                          JOANNE S. FAULKNER ct04137
                          123 Avon Street
                          New Haven, CT 06511-2422
                          (203) 772-0395
                          faulknerlawoffice@snet.net