*10CV781 Reuter Judgment*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARLES REUTER,<br>  plaintiff, | : <br> : <br> : |
| v. | : Case No. 3:10CV781(AVC) |
| COMMERCIAL CHECK<br>CONTROL, INC.,<br>  defendant. | : <br> : <br> : <br> : |

### DEFAULT JUDGMENT

The defendant, having failed to appear, plead or otherwise defend in this action, and a default under Federal Rule of Civil Procedure 55(a) having been entered on August 10, 2010, and

The plaintiff having filed an application for default judgment, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, on August 30, 2010, and the Court having considered the full record of the case including applicable principles of law and the court having granted the motion on November 22, 2010, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff against the defendant Commercial Check Control, Inc. in the total amount of $8,494.84.

Dated at Hartford, Connecticut, this 14th day of January 2011.

ROBIN TABORA, Clerk

/s/
Renee Alexander
Deputy Clerk